SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br> Plaintiff, <br> vs. <br> Sammy's Restaurant, Inc., <br> Defendants | Case No. **2:11-cv-03008-LKK-CKD** <br><br> **ORDER RE: REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued for sixty (60) days, to October 22, 2012 at 10:00 a.m.  Plaintiff is cautioned that no further continuances will be granted without a showing of good cause.

Date:  July 25, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-11-cv-03008-LKK-CKD - 1