```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-03008-LKK-CKD** |
| Plaintiff; | **ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| Sammy's Restaurant, Inc., | |
| Defendants | |

IT IS SO ORDERED that the above-entitled action be and is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii).

Date:   July 25, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-03008-LKK-CKD- 1